IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENNIE RAY BROWN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>OFFICER JESS BEAGLEY, et al.,<br><br>　　　　Defendants.<br>_____/ | Case No. 1:10-cv-01460 LJO JLT<br><br>ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE<br><br>(Doc. 7) |

　　　　Plaintiff is proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. On January 18, 2011, the Court screened Plaintiff's amended complaint and dismissed it with thirty days leave to amend. The Court cautioned Plaintiff that failure to comply with the Court's order would result in a recommendation that the action be dismissed. The thirty-day period has expired, and Plaintiff has failed to file a second amended complaint or otherwise respond to the Court's order.

　　　　Accordingly, it is **HEREBY ORDERED** that within 21 days from the date of service of this order, Plaintiff shall show cause in writing why this action should not be dismissed for his failure to prosecute this case. If Plaintiff wishes to proceed with this action, he must also file a second amended complaint in accordance with the Court's January 18, 2011 order. Plaintiff is firmly cautioned that his failure to comply with this order, as well as the Court's previous orders, will result in a recommendation that this action be dismissed. See Local Rule 110.

IT IS SO ORDERED.

Dated:　**February 23, 2011**　　　　　　　　　　　　　/s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE