IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENNIE RAY BROWN, | Case No. 1:10-cv-01460 OWW JLT |
| Plaintiff, | ORDER DIRECTING U.S. MARSHAL TO SERVE DEFENDANTS |
| vs. | (Doc. 13) |
| OFFICER JESS BEAGLEY, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff is proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. By order filed April 26, 2011, the Court instructed Plaintiff to complete the required forms for effectuating service of process on Defendants. Plaintiff has since submitted the necessary forms.

Accordingly, it is **HEREBY ORDERED** that:

1. The Clerk of the Court is directed to forwarded Plaintiff's submitted forms to the U.S. Marshal, along with a consent form for each named defendant (Beagley and Enns).
2. Within ten days from the date of this order, the U.S. Marshal shall notify each named defendant of the commencement of this action and to request a waiver of service in accordance with Federal Rule of Civil Procedure 4(d) and 28 U.S.C. § 566(c).
3. If a defendant waives service, he or she is required to return the signed waiver to the U.S. Marshal. The filing of an answer or a responsive motion does not relieve the defendant

1

of this requirement, and the failure to return the signed waiver to the U.S. Marshal may subject the defendant to an order to pay the costs of service pursuant to Federal Rule of Civil Procedure 4(d)(2).

4. The U.S. Marshal shall file all returned waivers of service, as well as any requests for waivers of service that are returned as undelivered as soon as they are received.

5. If a waiver of service is not returned by a defendant within 60 days of the date of mailing the request for waiver, the U.S. Marshal shall:

 a. Personally serve process and a copy of this order on the defendant pursuant to Federal Rule of Civil Procedure 4 and 28 U.S.C. § 566(c);

 b. Within ten days after personal service is accomplished, the U.S. Marshal shall file the return of service for the defendant, along with evidence of attempts to secure waiver of service of process and costs subsequently incurred to effect service of that defendant. Such costs shall be enumerated on the U.S.M.-285 Form and shall include all the costs incurred by the U.S. Marshal to make additional photocopies of the summons and the endorsed third amended complaint and to prepare new U.S.M.-285 Forms, if needed. Costs of service will be taxed against the defendant pursuant to Federal Rule of Civil Procedure 4(d)(2).

6. In the event that a defendant either waives service or is personally served, the defendant is required to file a responsive pleading in accordance with Federal Rule of Civil Procedure 12.

IT IS SO ORDERED.

Dated:   **May 18, 2011**                               /s/ Jennifer L. Thurston
                                                     UNITED STATES MAGISTRATE JUDGE