IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BENNIE RAY BROWN, | ) | 1:10-CV-01460-OWW-JLT |
| Plaintiff, | ) ) ) | ORDER DENYING PLAINTIFF'S MOTION AS MOOT |
| v. | ) ) | (Doc. 20) |
| OFFICER JESS BEAGLEY, et al., | ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

On July 12, 2011, Plaintiff Bennie Ray Brown ("Plaintiff") filed a "motion pursuant to Federal Rules of Civil Procedure 16 sections (a) (1)(2)(3)(5) and Rules 26 and 56," (Doc. 20) which Defendants opposed on July 27, 2011. (Doc. 21). Plaintiff appears to argue the merits of the action while seeking a pretrial conference for the Court to set appropriate deadlines. However, on June 21, 2011, a Rule 26 scheduling conference was set in the matter. (Doc. 19).

Because a scheduling conference is currently set before the Court, Plaintiff's motion is **DENIED AS MOOT**.

IT IS SO ORDERED.

Dated:  **August 29, 2011**                                    /s/ Jennifer L. Thurston
                                                                                UNITED STATES MAGISTRATE JUDGE