IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENNIE RAY BROWN,<br><br>    Plaintiff,<br><br>v.<br><br>OFFICER JESS BEAGLEY, et al.,<br><br>    Defendants. | Case No.: 1:10-cv-01460 JLT<br><br>ORDER DISREGARDING DEMAND FOR ACCEPTANCE OF OFFER OF JUDGMENT<br><br>(Doc. 39) |

On August 13, 2010, Plaintiff initiated this civil rights action against various individuals. (Doc. 1). On April 17, 2012, Plaintiff filed a motion demanding Defendants accept Plaintiff's offer of judgment issued pursuant to Fed. R. Civ. P. 68. (Doc. 39). Plaintiff contends that he has not received a response from the Defendants regarding the offer of judgment he submitted. (Id.)

This Court is not aware of whether Plaintiff properly submitted his Offer of Judgment in accordance with Rule 68 or whether the time for Defendants to respond has passed. Regardless, Rule 68, which Plaintiff cited in his motion, specifically states how unaccepted offers are to be treated. Fed. R. Civ. P. 68(b). Plaintiff is directed to that section and advised that settlement negotiations are to be conducted among the parties, unless otherwise instructed by this Court.

1  Plaintiff is admonished that, in the future, he is not to file documents regarding settlement
2  negotiations with the Court, unless otherwise ordered by the Court.
3  Therefore, Plaintiff's Demand for Acceptance of Offer of Judgment (Doc. 39) is
4  DISREGARDED.

7  IT IS SO ORDERED.

8  Dated:   **April 18, 2012**                              **/s/ Jennifer L. Thurston**
                                                                          UNITED STATES MAGISTRATE JUDGE