Michael G. Marderosian, No. 077296
Heather S. Cohen, No. 263093
MARDEROSIAN, RUNYON, CERCONE & LEHMAN
1260 Fulton Mall
Fresno, CA 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Virginia Gennaro, No. 138877
City Attorney
CITY OF BAKERSFIELD
1501 Truxtun Avenue
Bakersfield, CA 93301
Telephone: (661) 326-3721
Facsimile: (661) 852-2020

Attorneys for: Defendants JESS BEAGLEY and JUSTIN ENNS

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA / FRESNO DIVISION

| | |
|---|---|
| BENNIE RAY BROWN,<br><br>    Plaintiff,<br><br>    v.<br><br>OFFICERS JESS BEAGLEY AND JUSTIN ENNS OF THE BAKERSFIELD POLICE DEPARTMENT ARE BEING SUED IN THEIR OWN INDIVIDUAL CAPACITY AND JOHN DOES 1-100,<br><br>    Defendants. | Case No. 1:10-CV-1460 — JLT<br><br>**STIPULATED DISMISSAL; ORDER** |

   IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective counsel, that all claims by plaintiff BENNIE RAY BROWN be dismissed as to all defendants in this action with prejudice.

Dated: October 5, 2012          By:  /s/ Bennie Ray Brown
                                     Bennie Ray Brown, Plaintiff In Pro Per

Dated: October 5, 2012          MARDEROSIAN, RUNYON,
                                CERCONE & LEHMAN


                                By:  /s/ Michael G. Marderosian
                                     Michael G. Marderosian,
                                     Attorney for Defendants above-named.

**ORDER**

The stipulation of the parties having been read and considered by the Court, and good cause appearing therefor:

IT IS HEREBY ORDERED that the above entitled action be dismissed with prejudice.

IT IS SO ORDERED.

Dated:   **October 5, 2012**   　　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

MARDEROSIAN,
RUNYON, CERCONE
& LEHMAN
1260 Fulton Mall
Fresno, CA 93721