| | |
|---|---|
| 1 | Michael G. Marderosian, No. 077296 |
| | Heather S. Cohen, No. 263093 |
| 2 | MARDEROSIAN, RUNYON, CERCONE & LEHMAN |
| | 1260 Fulton Mall |
| 3 | Fresno, CA 93721 |
| | Telephone: (559) 441-7991 |
| 4 | Facsimile: (559) 441-8170 |
| 5 | Virginia Gennaro, No. 138877 |
| | City Attorney |
| 6 | CITY OF BAKERSFIELD |
| | 1501 Truxtun Avenue |
| 7 | Bakersfield, CA 93301 |
| | Telephone: (661) 326-3721 |
| 8 | Facsimile: (661) 852-2020 |
| 9 | Attorneys for: Defendants JESS BEAGLEY and JUSTIN ENNS |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA / FRESNO DIVISION

| | | |
|---|---|---|
| BENNIE RAY BROWN, | ) | Case No. 1:10-CV-1460 — JLT |
| | ) | |
| Plaintiff, | ) | **STIPULATED DISMISSAL; ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| OFFICERS JESS BEAGLEY AND JUSTIN ENNS OF THE BAKERSFIELD POLICE DEPARTMENT ARE BEING SUED IN THEIR OWN INDIVIDUAL CAPACITY AND JOHN DOES 1-100, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective counsel, that all claims by plaintiff BENNIE RAY BROWN be dismissed as to all defendants in this action with prejudice.

Dated: October 5, 2012          By: /s/ Bennie Ray Brown
                                        Bennie Ray Brown, Plaintiff In Pro Per

Dated: October 5, 2012          MARDEROSIAN, RUNYON,
                                CERCONE & LEHMAN


                                By: /s/ Michael G. Marderosian
                                        Michael G. Marderosian,
                                        Attorney for Defendants above-named.

**ORDER**

The stipulation of the parties having been read and considered by the Court, and good cause appearing therefor:

IT IS HEREBY ORDERED that the above entitled action be dismissed with prejudice.

IT IS SO ORDERED.

Dated:   **October 5, 2012**               /s/ **Jennifer L. Thurston**
                                         UNITED STATES MAGISTRATE JUDGE